PATRICK LEE, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment, and order in so far as it denies motion to set aside verdict, affirmed, with costs. No opinion. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Seeger, J., dissents.

NEPONSIT HOLDING CORPORATION, Respondent, v. PERCY I. ANSORGE, Appellant.— Judgment, as amended, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

PATRICK J. O'BRIEN, Appellant, v. MOSES J. ZULZER and MARY R. ZULZER, Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. BRADY'S FINANCIAL SERVICE, INC., Defendant.— Judgment unanimously directed for plaintiffs, without costs, on agreed statement of facts. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FENWICKE L. HOLMES, Respondent, and Others, Defendants.— Order vacating subpoena reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that section 352 of the General Business Law,■ as amended by chapter 365 of the Laws of 1927, empowers the Attorney-General to subpoena and examine a person, who is a party to a civil proceeding or action, after the commencement of the proceeding or action. The exercise of such power by the Attorney-General does not violate any of defendant's constitutional rights, which are specifically preserved by the provisions of section 359 of said law.■ Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.